**FITAPELLI & SCHAFFER, LLP**
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212)300-0375

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GRACIELA ROMAN, on behalf of herself and all others similarly situated,**<br><br>Plaintiff,<br><br>-against-<br><br>**THE DINEX GROUP, LLC and DANIEL BOULUD,**<br><br>**Defendants.** | No. 12 Civ. 6156 (AKH) (HP)<br><br>**NOTICE OF APPEARANCE** |

Eric J. Gitig, Esq., of Fitapelli & Schaffer, LLP, hereby files this Notice of Appearance as counsel for Plaintiffs. All notice papers that are given or required to be served in this case shall be given to and served upon:

> Eric J. Gitig, Esq. (EG 7399)
> Fitapelli & Schaffer, LLP
> 475 Park Avenue South, 12th Floor
> New York, New York 10016
> Telephone:   (212) 300-0375
> Facsimile:    (212) 481-1333
> e-mail:          egitig@fslawfirm.com

Dated: New York, New York
August 13, 2012

> FITAPELLI & SCHAFFER, LLP
> Attorneys for Plaintiffs
>
> By: /s/ Eric J. Gitig
> Eric J. Gitig